UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STUART KAPLAN, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.                                    Case No: 2:16-cv-210-FtM-99MRM

21ST CENTURY ONCOLOGY HOLDINGS, INC.,

    Defendant.
_____

JOHN DICKMAN, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.                                    Case No: 2:16-cv-218-FtM-99MRM

21ST CENTURY ONCOLOGY HOLDINGS, INC. and 21ST CENTURY ONCOLOGY, INC.,

    Defendants.
_____

RONA POLOVOY, individually and on behalf of all others similarly situated,

    Plaintiff,

v.                                    Case No: 2:16-cv-219-FtM-99MRM

21ST CENTURY ONCOLOGY HOLDINGS, INC.,

    Defendant.
_____

JIM BIMONTE, individually and on behalf of others similarly situated and MARY ANN RODRIGUEZ, individually and on behalf of others similarly situated,

    Plaintiffs,

v.                                           Case No: 2:16-cv-223-FtM-99MRM

21ST CENTURY ONCOLOGY, INC., 21ST CENTURY ONCOLOGY, LLC, 21ST CENTURY ONCOLOGY MANAGEMENT SERVICES, INC., 21ST CENTURY ONCOLOGY SERVICES, LLC, and 21ST CENTURY ONCOLOGY HOLDINGS, INC.,

    Defendants.

---

STACEY SCHWARTZ, individually and on behalf of themselves and others similarly situated and JUDITH CABRERA, individually and on behalf of themselves and others similarly situated,

    Plaintiffs,

v.                                             Case No: 2:16-cv-241-FtM-99MRM

21ST CENTURY ONCOLOGY HOLDINGS, INC.,

    Defendant.

---

ROBERT RUSSELL, individually and on behalf of all others similarly situated,

|  |  |
|---|---|
| Plaintiff, | |
| v. | Case No: 2:16-cv-242-FtM-29MRM |
| 21ST CENTURY ONCOLOGY HOLDINGS, INC., | |
| Defendant. | |
| FRANK BABURCHAK, individually and on behalf of all others similarly situated, LANA IZWORSKI, individually and on behalf of all others similarly situated, JEREMY MILLER, individually and on behalf of all others similarly situated, KATHLEEN SHAVER, individually and on behalf of all others similarly situated, DOLORES STUBBS, individually and on behalf of all others similarly situated, and KAREN VOSGAIAN, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | Case No: 2:16-cv-245-FtM-29MRM |
| 21ST CENTURY ONCOLOGY, LLC, jointly and severally, 21ST CENTURY ONCOLOGY, INC., jointly and severally, 21ST CENTURY ONCOLOGY MANAGEMENT SERVICES, INC., jointly and severally, 21ST CENTURY ONCOLOGY SERVICES, LLC, jointly and severally, and 21ST CENTURY ONCOLOGY HOLDINGS, INC., jointly and severally, | |

|  |  |
|---|---|
| Defendants. | |
| MARY BARBIERI, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>21ST CENTURY ONCOLOGY HOLDINGS, INC.,<br><br>   Defendant. | Case No: 2:16-cv-252-FtM-99MRM |
| WILHELM RADAUSCHER, individually and on behalf of all others similarly situated, ELIZABETH CETRULO, individually and on behalf of all others similarly situated, and DAVID GLICKMAN, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>21ST CENTURY ONCOLOGY HOLDINGS, INC.,<br><br>   Defendant. | Case No: 2:16-cv-257-FtM-99MRM |
| MAUREEN TRELEASE, individually and on behalf of others similarly situated,<br><br>   Plaintiff,<br><br>v. | Case No: 2:16-cv-258-FtM-99MRM |

21ST CENTURY ONCOLOGY HOLDINGS, INC.,

    Defendant.

---

GEORGE DELGADO, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

21ST CENTURY ONCOLOGY HOLDINGS, INC.,

    Defendant.

Case No: 2:16-cv-259-FtM-99MRM

---

TIMOTHY MEULENBERG, individually and on behalf of others similarly situated and SHARON MACDERMID, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

21ST CENTURY ONCOLOGY HOLDINGS, INC.,

    Defendant.

Case No: 2:16-cv-332-FtM-29MRM

---

GAYLE BIRKEN-SIKORA, individually and on behalf of others similarly situated, MATTHEW SIKORA, individually and on behalf of others similarly situated, SUSAN LEWIN,

| | |
|---|---|
| individually and on behalf of others similarly situated, JEFFREY LEWIN, individually and on behalf of others similarly situated, JON LOKIETZ, individually and on behalf of others similarly situated, CARYN BENDETOWIES, individually and on behalf of others similarly situated, and RITA MARX, individually and on behalf of others similarly situated, | |
| Plaintiffs, | |
| v. | Case No: 2:16-cv-334-FtM-99CM |
| 21ST CENTURY ONCOLOGY HOLDINGS, INC., 21ST CENTURY ONCOLOGY, LLC, 21ST CENTURY ONCOLOGY, INC., 21ST CENTURY ONCOLOGY MANAGEMENT SERVICES, INC., and 21ST CENTURY ONCOLOGY SERVICES, LLC, | |
| Defendants. | |

## **OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation, filed July 21, 2016 in each of the above-captioned cases, recommending that the Motions to Consolidate be granted in part and denied in part and that the

Motions for Appointment of Interim Class Counsel be denied as moot. No objections have been filed and the time to do so has expired.[1]

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

---

[1] The Court notes that on July 29, 2016, a related case was transferred from the United States District Court for the Southern District of Florida. See Benzion v. 21st Century Oncology, LLC, Case No. 2:16-cv-00591-UA-MRM. The Agreed Motion to Consolidate and Stay Deadlines in Benzion, requesting the same relief recommended by the Magistrate Judge, will be addressed by separate Order.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation is hereby **adopted** and the findings incorporated herein.

2. Plaintiffs' Motions to Consolidate are **GRANTED in part and DENIED in part.**

3. The Clerk is directed to consolidate the cases as set forth in the Report and Recommendation.

4. All other pending motions, including plaintiffs' Motions for Appointment of Interim Class Counsel, are **denied as moot** with leave to re-file in the consolidated case within fourteen days of this Opinion and Order.

**DONE and ORDERED** at Fort Myers, Florida, this __10th__ day of August, 2016.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Mac R. McCoy
United States Magistrate Judge

Counsel of Record
Unrepresented parties